**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 25-10951 |
| | ) | |
| Genaro Perez Arriaga | ) | Judge: David H. DeCelles |
| Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | |
| Basic Crating & Packaging, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Adversary 25-00309 |
| | ) | |
| v. | ) | |
| | ) | |
| Genaro Perez Arriaga, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:    See Attached Service List

PLEASE TAKE NOTICE that on March 25, 2026, I will appear before the Honorable David H. DeCelles, or any judge sitting in his place, either in Courtroom 642 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604, or electronically, as described below, and present **Plaintiff's Motion to Compel Production of Documents**, a copy of which is attached.

All parties in interest, including the movant, may appear for the presentment of this motion either in person or electronically using Zoom for Government: **Meeting ID: 161 711 3453 Passcode: 477854**

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the Court may grant the motion in advance without a hearing.

BASIC CRATING & PACKAGING, INC.

By: /s/ Timothy M. Hughes_____

One of its Attorneys

Timothy M. Hughes – 6208982
Sarah J. Reusché – 6347868
Lavelle Law, Ltd.,
1933 N. Meacham Rd., Suite 600
Schaumburg, Illinois 60173
(847) 705-7555
thughes@lavellelaw.com
sreusche@lavellelaw.com

## CERTIFICATE OF SERVICE

I, Timothy Hughes, an attorney, hereby certify that I served copies of the foregoing Notice and Motion upon those individuals listed on the attached service list via ECF, or by depositing some in the U.S. Mail on March 13, 2026.

## **Service List**

### **VIA CM/ECF**

**Manuel A. Cardenas**
Manuel A. Cardenas and Associates, P.C.
2059 North Western Avenue
Chicago, IL 60647
773 227-6858
Fax : 773 227-6088
Email: manuel@manuelcardenas.law

### **VIA FIRST CLASS MAIL**

Genaro Perez Arriaga
5024 Circle Ct
Apt 1005
Crestwood, IL 60418

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 25-10951 |
| | ) | |
| Genaro Perez Arriaga | ) | Judge: David H DeCelles |
| Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | |
| Basic Crating & Packaging, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Adversary 25-00309 |
| | ) | |
| v. | ) | |
| | ) | |
| Genaro Perez Arriaga, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

NOW COMES the Plaintiff, Basic Crating & Packaging, Inc. ("Basic"), by and through

its attorneys, Lavelle Law, Ltd., and for its Motion to Compel Production of Documents against

Defendant Genaro Perez Arriaga ("Defendant") states as follows:

1. On September 30, 2025, Basic filed its Adversary Complaint against Defendant

alleging that the debt owed to it by Defendant should be deemed non-dischargeable under 11

U.S.C. §§ 523(a)(4) and (6).

2. On March 11, 2026, Basic filed its First Amended Adversary Complaint against

Defendant, adding a claim of fraud.

3. On January 21, 2026, Basic issued its First Request for Production of

Documents to Defendant. A true and correct copy of Basic's First Request for Production of

Documents to Defendant is attached hereto as **Exhibit A**.

4.	Pursuant to Rule 7034 of the Federal Rules of Bankruptcy Procedure, Defendant's responses to Basic's First Request for Production of Documents were due 30 days from the date of service, or February 20, 2026.

5.	On February 24, 2026, Basic's counsel notified Defendant's counsel that his responses and production were overdue. Defendant's counsel did not respond to that notice. *See* email chain attached hereto as **Exhibit B**.

6.	On March 3, 2026, Basic's counsel tried calling Defendant's counsel and left a voicemail. Basic's counsel followed that voicemail with another email to Defendant's counsel advising that Defendant's responses and production were overdue and Basic's counsel would file a Motion to Compel if no responses or production were received by March 10, 2026. *See* email chain attached hereto as **Exhibit C.**

7.	As of the date of the filing of this Motion, Defendant's counsel has not responded to Basic's counsel or provided any responses or documents related to Basic's Request for Production of Documents.

8.	Pursuant to Local Rule 7037-1, after attempted consultation by telephone and email, Basic's counsel's attempts to engage in such a consultation were unsuccessful due to no fault of counsel.

9.	As reflected in the exhibits attached to this motion, Basic has been diligent in seeking to obtain relevant discovery and has been prevented from doing so by Defendant's counsel's failure to respond.

NOW, WHEREFORE, creditor BASIC CRATING & PACKAGING INC., requests that this Court enter an Order requiring Defendant to provide full and complete responses to Plaintiff's First Set of Requests for Production of Documents no later than seven (7) days from the date of

the order, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

Basic Crating & Packaging, Inc.,

/s/Timothy M. Hughes 6208982

Timothy M. Hughes – 6208982
Sarah J. Reusché -- 6347868
Lavelle Law, Ltd.,
1933 N. Meacham Rd., Suite 600
Schaumburg, Illinois 60173
(847) 705-9698
thughes@lavellelaw.com